UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TALIK GARCIA,

                Plaintiff,

     v.

POP A LOCK NEW YORK INC.,
AUTOMOTIVE LOCKSMITH SUPPLY INC.,
ALL CITY SERVICES & DISPATCH INC.,
CARL NAPOLITANO,
NICHOLAS NAPOLITANO, and
JENNIFER CANNIZZARO,

                Defendants.

Case No: 1:22-cv-05305

**NOTICE OF SECOND MOTION FOR DEFAULT JUDGMENT AND REQUEST FOR ATTORNEY'S FEES**

---

      **PLEASE TAKE NOTICE** that upon the Affidavit of C.K. Lee and the exhibits attached thereto, and upon all prior proceedings had herein, Plaintiff TALIK GARCIA hereby moves for an Order pursuant to Fed. R. Civ. P. 55(b)(2), granting Default Judgment in favor of Plaintiff and against Defendants POP A LOCK NEW YORK INC., AUTOMOTIVE LOCKSMITH SUPPLY INC., ALL CITY SERVICES & DISPATCH INC., CARL NAPOLITANO, NICHOLAS NAPOLITANO, and JENNIFER CANNIZZARO, jointly and severally, together with such other relief as the Court deems just and proper. For the avoidance of doubt, Plaintiff is seeking a Default Judgment on only his behalf and not on behalf of any putative class members or collective plaintiffs.

      Plaintiff also moves for an Order granting Plaintiff's Motion for Sanctions against Michael DeSantis, Esq. and an award of Plaintiff's attorneys' fees pursuant to Rule 37, 28 U.S.C. § 1927, and the Court's inherent power.

Pursuant to Local Rule 55.2(a), attached to the Affidavit of C.K. Lee are copies of the Complaint, Clerk's Certificate of Default, Plaintiff's Damage Calculations, Plaintiff's Lodestar, Department of Defense's Reports of Individual Defendants' Military Service, and proposed Judgment for Default and Attorneys' Fees.

Dated: New York, New York     By:    */s/ C.K. Lee*
       March 26, 2025                 C.K. Lee, Esq. (CL 4086)

**LEE LITIGATION GROUP, PLLC**
148 West 24th Street, 8th Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
Email: cklee@leelitigation.com
*Attorney for Plaintiff*